# In the United States Court of Federal Claims

No. 18-1062C

(Filed July 23, 2018)

NOT FOR PUBLICATION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |
|---|---|
| ZHORDRACK BLOODYWONE, | \* |
| Plaintiff, | \* |
| v. | \* |
| THE UNITED STATES, | \* |
| Defendant. | \* |

**FILED**

JUL 23 2018

U.S. COURT OF
FEDERAL CLAIMS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On July 18, 2018, the Court received from Mr. Zhordrack Bloodywone, a prisoner at Green Haven Correctional Facility in Stormville, New York, a complaint alleging mistreatment by prison staff, along with an application to proceed *in forma pauperis*. The Court has reviewed the complaint and it is clear that Mr. Bloodywone is confused regarding the jurisdiction of our court.

Plaintiff complains of abuse from prison officials and names four of them as defendants. The United States Court of Federal Claims has no jurisdiction over criminal matters, *see Joshua v. United States*, 17 F.3d 378, 380 (Fed. Cir. 1994), nor over matters sounding in tort, *see Sellick v. United States*, 222 Ct. Cl. 679, 681 (1980); 28 U.S.C. § 1491(a)(1). Furthermore, our court does not have jurisdiction over suits against private individuals. *See Stephenson v. United States*, 58 Fed. Cl. 186, 190 (2003). We have jurisdiction to hear certain actions for money brought against the *United States* government, but have no power to hear matters concerning the actions of state government officials, such as the state prison employees who are the subject of Mr. Bloodywone's complaint. *See Treviño v. United States*, 557 F. App'x 995, 998 (Fed. Cir. 2014). Accordingly, Mr. Bloodywone's complaint is hereby **DISMISSED** under Rule 12(h)(3) of the Rules of the United States Court of Federal Claims. The Clerk is directed to close the case. Because Mr. Bloodywone was confused regarding our court's jurisdiction, and in

7016 3010 0000 4308 4782

light of the minimal judicial resources taken up by this matter, the Court will not require that he pay the filing fee.

**IT IS SO ORDERED.**

VICTOR J. WOLSKI
Senior Judge